U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 8 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LAZARO PEREZ CRIBEIRO | : | CRIMINAL ACTION 2:13-cr-315 |
| B.O.P. #17204-035 | | CIVIL ACTION 2:16-cv-1261 |
| VERSUS | : | CHIEF JUDGE DRELL |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation;

**IT IS ORDERED** that the original and amended Motions to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [docs. 406, 414] be and hereby are **DENIED**.

Considering the record in this case and the requirements of 28 U.S.C. § 2253, a certificate of appealability is likewise **DENIED** because Teague has failed to demonstrate a substantial showing of the denial of a constitutional right.

**THUS DONE** this 27TH day of September, 2017 at Alexandria, LA.

_____
DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT